In The Superior Court of The State of Delaware
In And For New Castle County

James E. Brown # 083585 )
1301 E. 12th Street )
Wilmington De 19809 )
  Petitioner )
V. )
 ) Civil Action No. 07-836
Joseph R. Biden State )
Of Delaware Attorney General )
820 N. French Street )
Wilmington De. 19801 )
  Respondent ) Re: Superior Court of State of Delaware
 ) Criminal Action No. _____
Raphael Williams, Warden )
of Howard R. Young Correctional Institution )
1301 E 12th Street )
Wilmington Delaware )
  Respondent )

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Petition For A Writ Of Habeas Corpus

Petitioner James E Brown, herewith request that this Honorable Court issue a Writ of Habeas Corpus to Joseph R. Biden III Attorney General of The State of Delaware, And to Raphael Williams Warden of Howard R. Young Correctional Institution, to test the Constitutionality and Validity of his Continued incarceration. Herewith, Petitioner asserts the following as facts and growns supporting his Cause.

### I Jurisdiction

1.) The Superior Court has jurisdiction to issue a Writ of Habeas Corpus pursuant to 10 Del C. 6902

### II Statement Of The Facts

2.) The State of Delaware, Attorney General Joseph R. Biden III has fail to provide their Constitutional obligation to the

Page 1-3

Petitioner. Petitioner has been Held 16 months without being taken to Court for Trial.

3.) The State is in Violation of the Defendant Right to a Speedy Trial. The Supreme Court and Circuit Courts District Court and Supreme Court of The United States has all Ruled and Mandated anything over 6 months is a Violation of a Speedy Trial. Petitioner Defendant has been incarcerated almost 3 time the 6 months for a Speedy Trial.

4.) Failure to Indict. The State of Delaware and the Attorney General office and Attorney General Joseph R. Biden III has failed to indict the Defendant Now Petitioner in over the required 45 days. "This Petitioner Defendant has been incarcerated over 365 days without being indicted"

### III Statement of Claim

5.) A Writ of "Habeas Corpus" is an extraordinary remedy issuable by trial Court to inquire into the legality of persons detained or under restraint of their liberty. In Interest of Steven 652 A.2d 18 (1995) Purpose of Writ of Habeas Corpus is to benefit prisoners, and Writ is designed to accomplish Speedy inquiry into allegedly unlawful detention of prisoners through Summary judicial proceeding 10 Del C. §690l

(2.)

Defendant asserts the following that his continued detention is illegal for the following reasons:

a.) Petitioner Defendant Has not been indicted in 365 days the State of Delaware must indict within 45 days. therefore Defendant Custody is illegal invalid and unconstitutional.

b.) The Defendant Speedy Trial Rights has been Violated. He has been incarcerated for 16 months the Supreme Court of United States Mandate and Ruled that 6 month or within is a Speedy Trial anything over 6 month is a violation of a Speedy Trail.

c.) The State has not kept up with it Constitutional obligation to Provide Defendant Petitioner with his Constitution Right to a Speedy Trial

IV " Relief Saught "

6.) Wherefore, Defendant now Petitioner prays that a Writ of Habeas Corpus be issued forthwith directed to Joseph R. Biden III and The Attorney General And to Warden Raphael Williams H.R.Y.C.I. requiring him to produce the body of the Defendant Petitioner before a judge of the Superior Court, In And For New Castle County, together with the alleged grounds and the Cause of this detention, so that the Constitutionality and legality of his Confinement and detention may be inquired into with respect to the law and Such Right as guaranteed by the Constitution of Delaware and the United States Upon deficiency, Defendant prays for his immediate release from Custody. 12-16-07

dated     (B.)   Signed

James E Brown #182421
1301 E. 12 Street Wilmington.Del 9809

James E. Brown
#083585/H.R.Y.C.I.
1301 E. 12th Street
Wilmington, De 19809

WILMINGTON DE 197
19 DEC 2007 PM

Office of The Clerk
United States District Court
For The District of Delaware
844 N. King Street
Wilmington Delaware 19801

