D.I. # _____

# CIVIL ACTION NUMBER: 07-836 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 75 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 555 |

7005 1820 0004 3169 5841

Sent To: Raphael Williams Warden, HRYCI
Street, Apt. No.; or PO Box No.: 1301 E. 12th Street
City, State, ZIP+4: Wilmington, DE 19802

PS Form 3800, June 2002            See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: _____ 07-836 SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 75 |
| Certified Fee | 2 65 |
| Return Receipt Fee (Endorsement Required) | 2 15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5 55 |

7007 2680 0003 3006 5928

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON DE 19801

PS Form 3800, August 2006    See Reverse for Instructions