United States District Court
For the District of Delaware



SS

FILED
MAR 14 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Acknowledgement of Service Form
For Service By Return Receipt

Civil Action No. 07CV836-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

07-836-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Glenn Wksn   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Warden Raphael Williams<br>H.R.Y.C.I.<br>1301 E. 12th Street<br>Wilmington, DE 19802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2008 MAR<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3164 5848 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |