



No longer Warden of Inst.

FILED
MAR 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bob
CA 07-836-SLR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-836-SLR |
| ) | |
| RAPHAEL WILLIAMS, ) | |
| Warden, and ATTORNEY ) | |
| GENERAL OF THE STATE ) | |
| OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

### ORDER

At Wilmington this ___4th___ day of ___March___, 2008, the petition of James Brown for a Writ of Habeas Corpus having been reviewed pursuant to 28 U.S.C. § 2254, Rule 4;

IT IS HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 2254, Rules 3(b) and 4, the clerk shall forthwith serve by certified mail a copy of the petition(D.I. 1), the order dated January 29, 2008 (D.I. 3), the AEDPA election form (D.I. 4), and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

2. Within **forty-five (45)** days of receipt of the petition and this order, in accordance with 28 U.S.C. § 2254, Rule 5, respondents shall:

   a. State whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural

In The Superior Court of The State of Delaware
In And For New Castle County

James E. Brown # 083585  )
1301 E. 12th Street      )
Wilmington De 19809      )
    v. Petitioner        )
                         )  Civil Action No. 07-836
Joseph R. Biden State    )
of Delaware Attorney General )
820 N. French Street     )
Wilmington De. 19801     )
    Respondent           )
                         )  Re: Superior Court of State of Delaware
Raphael Williams, Warden )  Criminal Action No. _____
of Howard R. Young Correctional Institution )
1301 E 12th Street       )
Wilmington Delaware      )
    Respondent           )

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Petition For A Writ of Habeas Corpus

Petitioner Jame E Brown, herewith request that this Honorable Court issue a Writ of Habeas Corpus to Joseph R. Biden III Attorney General of The State of Delaware, And to Raphael Williams Warden of Howard R. Young Correctional Institution, to test the Constitutionality and Validity of his continued incarceration. Herewith, Petitioner asserts the following as facts and grownds supporting his Cause.

I Jurisdiction

1.) The Superior Court has jurisdiction to issue a Writ of Habeas Corpus pursuant to 10 Del C. 6902

II Statement of The Facts

2.) The State of Delaware, Attorney General Joseph R. Biden III has fail to provide their Constitutional obligation to the

Page 1-3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES E. BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-836-SLR |
| | ) | |
| RAPHAEL WILLIAMS, | ) | |
| Warden, and ATTORNEY | ) | |
| GENERAL OF THE STATE | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

WHEREAS, you have filed papers for federal habeas corpus relief pursuant to 28 U.S.C. § 2254; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of a your petition, you must be given notice that the AEDPA applies to your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 29th day of January 2008, that, on or before March 14, 2008, you must file the attached election form with the court. Failure to timely return the completed election form will result in the

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-836-SLR |
| ) | |
| RAPHAEL WILLIAMS, ) | |
| Warden, and ATTORNEY ) | |
| GENERAL OF THE STATE ) | |
| OF DELAWARE, ) | |
| ) | |
| Respondents. ) | |

### AEDPA ELECTION FORM



1.   I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.