D.I. #_____

# CIVIL ACTION NUMBER: 07CV836 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| | |
|---|---|
| Postage | $ .75 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |

Postmark: WILMINGTON, APR 2 2008, USPS, 19801

Sent To: [CARL MEYERS]
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE 19801

Article Number: 7007 3020 0002 3321 4370

PS Form 3800, August 2006   See Reverse for Instructions

D.I. #_____

# CIVIL ACTION
# NUMBER: ___07cv836 SLR___

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .76 |
| Certified Fee | 2.45 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.55 |

Sent To: Warden Phil Morgan, H.R.Y.C.I
Street, Apt. No.; or PO Box No.: 1301 E. 12th Street
City, State, ZIP+4: Wilmington, DE 19802

PS Form 3800, August 2006          See Reverse for Instructions