IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES E. BROWN**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 07-836-SLR |
| : | |
| **PHIL MORGAN,** Warden, : | |
| and the **ATTORNEY GENERAL OF** : | |
| **THE STATE OF DELAWARE**, : | |
| : | |
| Respondents. : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, James E. Brown, has applied for federal habeas relief, challenging his pending trial in Superior Court on charges of unlawful sexual conduct and sexual solicitation of a child. By the terms of the Court's order, the answer is due to be filed on May 19, 2008.

2. However, the undersigned became unexpectedly ill on May 14 and was out of the office, because of that illness, on May 15 and 16. In light of counsel's unexpected illness, respondents submit there is good cause for the filing of the instant motion at this time.

3. Counsel anticipates that the answer to the petition can be filed by May 30. In this regard, counsel notes that his unexpected illness has required

the rescheduling of several other cases to which counsel is assigned. In addition, work in one of those cases required longer than anticipated.

    4. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

    5. This is respondents' first request for an extension of time in this case.

    6. Respondents submit that an extension of time to and including May 30, 2008, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

                                                /s/ Loren C. Meyers
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE 19801
                                                (302) 577-8500
                                                Del. Bar. ID No. 2210

May 19, 2008

## RULE 7.1.1 CERTIFICATION

  I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is in the custody of the Delaware Department of Correction and appearing *pro se*, to the subject matter of this motion.

              <u>/s/ Loren C. Meyers</u>
              Deputy Attorney General

              Counsel for Respondents

May 19, 2008

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES E. BROWN**, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 07-836-SLR |
| **PHIL MORGAN,** Warden, and the **ATTORNEY GENERAL OF THE STATE OF DELAWARE**, | : | |
| Respondents. | : | |

## ORDER

This _____ day of _____, 2008,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before May 30, 2008.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed a motion for extension of time with the Clerk of Court using CM/ECF. I also hereby certify that on May 19, 2008, I have caused to be delivered by the United States Postal Service the same document to the following non-registered participant:

James E. Brown
SBI No. 083585
Young Correctional Institution
1301 E. 12th Street
P.O. Box 9561
Wilmington, DE  19809

/s/ Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID No. 2210
loren.meyers@state.de.us