IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. BROWN, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 07-836-SLR |
| PHIL MORGAN, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Superior Court records (*State v. Edward L. Brown*, Case ID 0602010669 and 0608011268; *State v. James E. Brown*, Case ID 0608015378):

1. Docket Sheet (ID 0602010669) (Apr. 17, 2008)

2. Docket Sheet (ID 0608011268) (Apr. 17, 2008)

3. Docket Sheet (ID 0608015378) (Apr. 17, 2008)

4. Indictment (ID 0602010669)

5. Continuance Request Form (ID 0602010669) (June 22, 2006)

6. Continuance Request Form (ID 0602010669) (July 25, 2006)

7. Motion to Revoke Bail (ID 0602010669 and 0608011268)

8. Indictment (ID 0608011268 and 0608015378)

9. Consolidation Notice (ID 0608011268 and 0608015378) (Oct. 25, 2006)

10. E-mail message (June 5, 2007) (Lori Brennan)

11. Order (*In re Brown*, Civ. Act. No. 07M-05-092 (Del. Super. July 31, 2007)) with attachments

12. Motion for Competency Hearing (ID 0608011268 and 0602010669) (Aug. 3, 2007)

13. Petition for Writ of Habeas Corpus (ID 0608011268) (dated Oct. 18, 2007)

14. Order (*In re Brown*, Civ. Act. No. 07M-05-092 (Del. Super. Oct. 26, 2007))

15. Letter from David J.J. Facciolo, Esq. to Hon. John E. Babiarz, Jr. with proposed order (Nov. 5, 2007)

16. Petition for Writ of Habeas Corpus (ID 0608011268) (dated Nov. 27, 2007)

17. Order (*In re Brown*, Civ. Act. No. 07M-11-102 (Del. Super. Dec. 3, 2007))

18. Motion and Order for Competency Examination (ID 0608011268 and 0602010669) (March 31, 2008)

19. Motion to Dismiss and for Reduction of Bail (ID 0608011268 and 0602010669) (Apr. 4, 2008)

Loren C. Meyers  
Deputy Attorney General  
Department of Justice  
820 N. French St.  
Wilmington, DE 19801  
(302) 577-8500  
Del. Bar ID 2210  
loren.meyers@state.de.us

June 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2008, I electronically filed the attached document (Notice of Filing of State Court Records) with the Clerk of Court using CM/ECF. I also hereby certify that on June 4, 2008, I have caused to be delivered by the United States Postal Service two copies of the same document and one copy of the items listed therein to the following non-registered participant:

> James E. Brown
> SBI No. 0835585
> Young Correctional Institution
> P.O. Box 9561
> Wilmington, DE  19809

>                         /s/ Loren C. Meyers
>                         Deputy Attorney General
>                         Department of Justice
>                         820 N. French Street
>                         Wilmington, DE 19801
>                         (302) 577-8500
>                         Del. Bar. ID No. 2210
>                         loren.meyers@state.de.us