IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. BROWN,<br><br>    Petitioner,<br><br>v.<br><br>PHIL MORGAN, Warden,<br>and ATTORNEY GENERAL OF<br>THE STATE OF DELAWARE,<br><br>    Respondents. | :<br>:<br>:<br>:<br>:<br>: Civ. Act. No. 07-836-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF FILING OF STATE COURT RECORDS

Respondents file herewith certified copies of the following Delaware Superior Court records (*State v. Edward L. Brown*, Case ID 0602010669 and 0608011268):

1. Answer to Defendant's Motion to Dismiss/ Motion for Reduction of Bail (Apr. 30, 2008)

2. Electronic mail messages (series of 4) (Apr. 28, 2008)

3. Court Clerk's Worksheet (May 12, 2008)

4. Order (May 12, 2008)

5. Electronic mail messages (series of 2) (Hon. Jan. R. Jurden) (Apr. 28, 2008)

6. Electronic mail message (Josette Manning, Esq.) (May 16, 2008)

7. Electronic mail messages (series of 3) (Apr. 28, 2008)

8. Electronic mail messages (series of 2) (Apr. 28, 2008)

                                        Loren C. Meyers
                                        Deputy Attorney General
                                        Department of Justice
                                        820 N. French St.
                                        Wilmington, DE 19801
                                        (302) 577-8500
                                        Del. Bar ID 2210
                                        loren.meyers@state.de.us

June 25, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on June 25, 2008,

1. He electronically filed the attached document (Notice of Filing of State Court Records) with the Clerk of the District Court using CM/ECF.

2. He caused two copies of the attached document (and one copy of the documents listed therein) to be placed in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

James E. Brown
No. 083585
Young Correctional Inst.
1301 E. 12th Street
P.O. Box 9561
Wilmington, DE  19809.

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8844
Del. Bar ID 2210
loren.meyers@state.de.us