

## Other Orders/Judgments
1:07-cv-00836-SLR Brown v. Biden et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 8/12/2008 at 2:25 PM EDT and filed on 8/12/2008
**Case Name:** Brown v. Biden et al
**Case Number:** 1:07-cv-836
**Filer:**
**Document Number:** 20

**Docket Text:**
**MEMORANDUM OPINION. Signed by Judge Sue L. Robinson on 8/11/2008. (nmf)**


**1:07-cv-836 Notice has been electronically mailed to:**

Loren C. Meyers loren.meyers@state.de.us

**1:07-cv-836 Notice has been delivered by other means to:**

James E. Brown
SBI# 083585
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/12/2008] [FileNumber=613435-0]
[5293f8dd3eb2f8181bc4caba03398f3d59f04c830d8eee99d10bc5912087a901a969
089d2d6d8ce6edb38f5de5878c16f084bd3199b1d74077aa1261be1f331d]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. BROWN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 07-836-SLR |
| | ) |
| PHIL MORGAN, Warden, | ) |
| and ATTORNEY GENERAL | ) |
| OF THE STATE OF | ) |
| DELAWARE, | ) |
| | ) |
| Respondents. | ) |

James E. Brown. Pro se petitioner.

Loren E. Meyers, Deputy Attorney General, Delaware Department of Justice, Wilmington, Delaware. Counsel for respondents.

**MEMORANDUM OPINION**

Dated: August 11, 2008
Wilmington, Delaware